## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Luis Fernandez-Correa, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereinafter referred to as ATF being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the ATF in San Juan, Puerto Rico, conducting investigations of federal firearms violations and other federal violations.

2. I am a Task Force Officer with the Bureau of Alcohol Tobacco, Firearms & Explosives (ATF) in Hato Rey, Puerto Rico, and have been so for the past sixty (60) months. Prior to becoming a Task Force Officer, I worked over eleven (11) years as an Agent for the Puerto Rico Police Department and proudly served with the U.S. Department of Defense as a U.S Marines achieving the rank of sergeant. I am currently assigned to the ATF Violent Crime Group. As part of the Violent Crimes Group III, I conduct investigations of violent gangs, firearms, and narcotics violations. I have specialized training and/or experience in high-level drug enforcement, street-level drug enforcement, narcotics smuggling and distribution, gangs, undercover operations, surveillance and debriefing informants and suspects.

3. All reference herein to any experience refers to experience gained through training, conducting firearms and controlled substances investigations, and participating in those investigations with other experienced investigators, as well as conversations with other law enforcement officers.

4. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

## FACTS SUPPORTING PROBABLE CAUSE

5. On March 5, 2025, Puerto Rico Police Bureau (PRPB) agents from the Metropolitan Narcotics Division (MND) received confidential information regarding a subject known as "Junior Aquilino". According with the information the above-mentioned individual was using a two story, white, concrete residence, with half of the zinc roof missing located near Calle del Carmen and Camino Principal at Comunidad Villa Santos, Sector Melilla in the municipality of Loiza, to deal with illegal narcotics and firearms. According with the information the subject, later identified as Aquilino **PIZARRO-ORTEGA**, was observed several times shooting firearms into the air and terrorizing the residents. It was also indicated that the house was being used to alter firearms, converting them into fully automatic machineguns. The PRPB, agents performed a surveillance operation for several days in which they were able to observe when **PIZARRO ORTEGA** had firearms in his possession.

6. On March 13, 2025, the PRPB MND executed a search warrant operation at the abovementioned location. The agents proceed to knock and announce their presence and intention to execute the State Search Warrant. Before agents entered the residence, **PIZARRO-ORTEGA** threw two firearms through the windows of the house that landed in the backyard of the residence which was observed by the PRPB MND agents that were guarding the perimeter of the house. The firearms were described to be one brown in color Glock Pistol while the other was described as black in color Glock pistol. The agents then proceeded to enter the residence

7. Once inside the residence, the PRPB agents located and identified Aquilino **PIZARRO-ORTEGA** and proceeded to read him the Miranda Warnings. In the residence PRPB agents also encountered an adult female. **PIZARRO-ORTEGA** immediately and spontaneously stated to the agents that anything found in the house belonged to him and soon thereafter he was detained by the narcotics agents.

8. With the assistance of the Technical Service Division (TSD) and K-9 officers, the agents proceeded with the execution of the search warrant. After the completion of search, the agents found and seized the following:

    a. On the backyard of the house, two Glocks pistols, one (1) brown in color, serial number BBZT459, .40 caliber and one (1) black in color, serial FHP 337, .40 caliber.

    b. over a table located at the living room on plain view, one (1) loaded .40 caliber Glock magazine,

    c. under a pile of clothes located in one of the rooms, inside a black and red bag, one (1) F/N pistol loaded with one (1) magazine and five (5) rounds, one (1) Privately Made rifle, with a machine gun conversion device installed, four (4) Glock magazines, six(6) rifle magazines, one (1) rifle bolt.

    d. on the same room inside a burgundy bag, one (1) AK-47 Mini Draco pistol, with a machine gun conversion device, four (4) AK-47 magazines, pistol parts (triggers). Inside a blue plastic bag, three (3) drums style magazines, one for AK-47 style, one for AR-15 style Privately Made Firearm (PMF) and one (1) magazine for a Glock style handgun, 4 machine conversion devices, which included two (2) AR-15 Auto Sears, one (1) Glock Ship, one (1) AK-47 auto sears.

    e. On the main room inside a blue plastic bag, one (1) magazine drum style, near the blue plastic bag, 4 unattached Machine Gun Conversion Devices ("MCDs") and assorted pistol and rifle parts .

9. The final count of all the evidence recovered and seized by the PRPB, MND, agents was:

    a. one (1) AR-15 style Privately Made Pistol, silver in color,

    b. one (1) AK-47, Mini Draco style pistol,

    c. one (1) AR-15, Privately Made, Rifle black in color,

    d. two (2) Glock Pistols, .40 caliber,

    e. one F/N 5.7 caliber Pistol,

    f. one hundred and twenty-five (125) rounds of 7.62 caliber ammunition,

    g. eighty-three (83) rounds of 5.56 caliber ammunition,

    h. thirty-nine (39) rounds of .40 caliber ammunition,

    i. five (5) rounds of F/N 5.7 caliber ammunition,

    j. three (3) high capacity .40 Glock magazines,

    k. four (4) .40, Glock magazines,

    l.  one (1) drum style Glock .40 caliber high-capacity magazine,

    m.  one double drum style 5.56 caliber high-capacity magazine,

    n.  one AK-47, 7.62 caliber high-capacity drum style magazine,

    o.  one .40 caliber drum style high-capacity Glock magazine,

    p.  four (4) AK-47, 7.62 caliber magazines,

    q.  four (4) unattached Machine Gun Conversion Devices (MCD) and

    r.  assorted Pistol and Rifle Parts.

10. It should be noted that all the evidence recovered during the inventory and search of the residence, conducted by PRPB MND and TSD and k-9 agents was photographed and documented.

11. Based on my training and experience, the descriptions of evidence found during the execution of this search warrant including the Privately Made Firearms (PMFs), the amount of Machine Gun Conversions Devices (MCDs), ammunitions, and the presence of other pistols and rifle parts, is consistent with the illegal manufacture and alteration of firearms.

12. A preliminary field test examination of the brown Glock pistol, with the serial number BBZT459 and the black Glock pistol with the serail number FHP337, without ammunitions, indicated that this firearm can fire more than a single round of ammunition per single function of the trigger, which would meet the legal definition of a machine gun.

13. Based on my training, knowledge and experience with ATF, the MCDs on the Glock pistols were not installed by the manufacturer and were placed on the firearms with the sole purpose of illegally modifying them to fire fully automatic, meaning that they are capable of expelling more than one (1) projectile from one single pull of the trigger, which would meet the legal definition of a machine guns. The conversion devices can be readily observed by anyone who loads, unloads, charges, cleans, or disassembles the firearms because they protrude from the slide of the pistols.

14. An examination, preliminary field test, without ammunitions indicated that the AK-47 Mini Draco Style Pistol, and the AR-15 style Rifle are also able to fire more than a single

4

round of ammunition per single function of the trigger, which would meet the legal definition of a machine guns. Additionally, based on my training and experience the four unattached MCDs are parts designed and intended solely and exclusively for use in converting a weapon into a machinegun. As such each MCD is a machinegun.










15. Based on the above facts, I have probable cause to believe that Aquilino **PIZARRO-ORTEGA** have violated the federal firearm laws. Specifically, he has violated Title 18, United States Code, § 922(o) (possession of machineguns).

LUIS FERNANDEZ-CORREA (Affiliate)
Digitally signed by LUIS FERNANDEZ-CORREA (Affiliate)
Date: 2025.03.14 09:37:55 -04'00'

**Luis Fernandez-Correa**
**Task Force Officer**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:59 AM on the 14th day of March, 2025.

**MARCOS E. LÓPEZ**
**UNITED STATES MAGISTRATE JUDGE**
**DISTRICT OF PUERTO RICO**

7